UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 25-cr-00004-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| DEDREMUS NORRIS (01) | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of May, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE